IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HARLEY M. BRADY, # R13122,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **ILLINOIS DEPT. of CORRECTIONS,** ) <br> **DEEDEE BROOKHART,** ) <br> **DANIEL MONTI,** ) <br> **LANA NALEWAJKA,** ) <br> **JOHN/JANE DOE 1, Nurse(s) Lawrence CC,** ) <br> **JOHN/JANE DOE 2, C/O Centralia CC,** ) <br> **JOHN/JANE DOE 3, Nurse(s) Centralia CC,** ) <br> **and JOHN/JANE DOE 4, Bureau of** ) <br> **Identification Officer, Centralia CC,** ) <br> ) <br> **Defendants.** ) | Case No. 23-cv-00295-SMY |

## NOTICE OF IMPENDING DISMISSAL

**YANDLE, District Judge:**

This matter is before the Court for case management. Plaintiff Harley Brady, an inmate at Centralia Correctional Center, was ordered to file a motion to substitute the John/Jane Doe Defendants with their actual names (Doc. 26, p. 3; Doc. 33). His deadline to file the motion to substitute was extended to December 11, 2023 (Doc. 33).[1] To date, Plaintiff has not filed his motion to substitute or sought an extension of time.

Plaintiff is **THEREFORE ORDERED TO FILE** his motion to substitute Defendants John/Jane Doe #1-4 **no later than January 31, 2024**. If Plaintiff fails to comply with this Order, any of the Doe Defendants who remain unidentified will be **DISMISSED without prejudice** for

---

[1] Plaintiff's original deadline was extended after Defendants' Notice regarding the identity of some Doe Defendants was delayed (Docs. 33, 36).

Plaintiff's failure to comply with an Order of this Court.

**IT IS SO ORDERED.**

**DATED: January 17, 2024**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**