IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HARLEY M. BRADY, # R13122,** )<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>**ILLINOIS DEPT. of CORRECTIONS,** )<br>**DEEDEE BROOKHART,** )<br>**DANIEL MONTI,** )<br>**LANA NALEWAJKA,** )<br>**JOHN/JANE DOE 1, Nurse(s) Lawrence CC,** )<br>**JOHN/JANE DOE 2, C/O Centralia CC,** )<br>**JOHN/JANE DOE 3, Nurse(s) Centralia CC,** )<br>**and JOHN/JANE DOE 4, Bureau of** )<br>**Identification Officer, Centralia CC,** )<br>)<br>**Defendants.** ) | Case No. 23-cv-00295-SMY |

# ORDER

**YANDLE, District Judge:**

This matter is before the Court on Plaintiff Harley Brady's Motion for Extension of Time (Doc. 41). Plaintiff seeks additional time to file an Amended Complaint, which he believes is due on January 29, 2024. This is incorrect – Plaintiff's deadline to file a motion for leave to amend his complaint was October 5, 2023, which has long expired (Doc. 26, p. 4). Moreover, Plaintiff does not set forth good cause for an extension. Accordingly, the motion is **DENIED**.

Plaintiff is reminded of the upcoming deadline of January 31, 2024 to file his motion to substitute the actual names of the four John/Jane Doe Defendants (Doc. 38). Defendants have notified Plaintiff and the Court of the names of some of these individuals (Doc. 36). As explained in the Notice of Impending Dismissal filed on January 17, 2024, if Plaintiff fails to file a motion to substitute the John/Jane Doe Defendants by January 31, 2024, any Doe Defendants who remain

unidentified will be dismissed from this action without prejudice (Doc. 38).

**IT IS SO ORDERED.**

**DATED: January 29, 2024**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**