IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HARLEY M. BRADY, #R13122,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ILLINOIS DEPT. OF CORRECTIONS,** )<br>**DANIEL MONTI, LANA NALEWAJKA,** )<br>**PAM WARD, RICK HUBLER,** )<br>**CLAY WHEELAN, and** )<br>**SEAN BALLANTINI,** )<br>)<br>**Defendants.** ) | Case No. 23-cv-295-SMY |

## **MEMORANDUM AND ORDER**

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 81), recommending the denial of the motions for summary judgment for failure to exhaust administrative remedies filed by Defendants (Docs. 28, 61). No objections have been filed to the Report. For the following reasons, Judge Daly's Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusions that Plaintiff exhausted his administrative remedies against Defendants on his claims related to the deprivation of Plaintiff's tactile pager watch. The Court finds no clear error in Judge Daly's findings,

analysis and conclusions, and adopts her Report and Recommendation in its entirety.

Accordingly, Defendants' motions for summary judgment for failure to exhaust administrative remedies (Docs. 28, 61) are **DENIED**.  Plaintiff's claims against Defendants shall proceed.  Additionally, the claims against Defendant Hubler relating to the tactile pager watch in Counts 2 and 7 are **DISMISSED**, pursuant to Plaintiff's clarification of his claims.

**IT IS SO ORDERED.**

DATED:  January 24, 2025

**STACI M. YANDLE**
**United States District Judge**